# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**BIONET NM LLC and URBANOMICS LLC,**

    **Plaintiffs,**

**v.**                                     **No. 21-cv-0330 SMV/KRS**

**EDJ DUECE FUEL LLC and**
**BAPTIST HEALTHCARE SYSTEMS, INC.,**

    **Defendants.**

## <u>ORDER TO SHOW CAUSE</u>

THIS MATTER is before the Court sua sponte. Plaintiffs filed their Complaint on April 12, 2021. [Doc. 1]. Plaintiffs had 90 days from filing the Complaint, or until June 12, 2021, to effect service of process. Fed. R. Civ. P. 4(m) (2015). There is no indication on the record that service of process has been effected with respect to any Defendant.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiffs must file their response **no later than July 14, 2021**.

**IT IS SO ORDERED.**

                                _____

                                **STEPHAN M. VIDMAR**
                                **United States Magistrate Judge**